**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**JEWELL G. BRACKO**                                                                                          **PETITIONER**

**v.**                                                                                                                  **No. 3:01CR120-P**

**UNITED STATES OF AMERICA**                                                                        **RESPONDENT**

### ORDER

This matter comes before the court on the *pro se* petitioner's July 13, 2005, motion for default judgment in this petition for a writ of *habeas corpus* under 28 U.S.C. § 2255. The petitioner argues that the government failed to respond to the petition in a timely manner and, as such, the petitioner is entitled to default judgment. This argument is without merit. The government has submitted its response to the instant petition, and the court has accepted it. As such, the instant motion for default judgment is hereby **DENIED.**

**SO ORDERED,** this the 25th day of July, 2005.

                                                             /s/ W. Allen Pepper, Jr.
                                                             W. ALLEN PEPPER, JR.
                                                             UNITED STATES DISTRICT JUDGE