IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                         CRIMINAL ACTION NO. 3:01CR120-P

JEWELL BRACKO,                                                                    DEFENDANT.

## ORDER

This matter comes before the court upon Jewell Bracko's *pro se* Motion To Take Custody of Person & Be Presented Before Proper Authorities [35-1]. After due consideration of the motion and the Government's response thereto, the court finds as follows, to-wit:

In its response, the Government avers that Bracko's recent arrest and confinement by Grenada County, Mississippi has nothing to do with any federal charges. Rather, the subject arrest was based on charges brought by the county and city of Grenada, Mississippi.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Jewell Bracko's *pro se* Motion To Take Custody of Person & Be Presented Before Proper Authorities [35-1] is **DENIED**.

**SO ORDERED** this the 7th day of November, A.D., 2006.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE