# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JEWELL BRACKO,**                                                                     **PETITIONER**

**V.**                                                                   **NO. 3:01CR120-WAP**

**UNITED STATES OF AMERICA,**                                      **RESPONDENT**

## FINAL JUDGMENT

In accordance with the opinion issued this day, Petitioner's Motion to Vacate, Sentence Pursuant to 28 U.S.C. § 2255 (docket entry 24) is hereby DENIED, and the cause of action is DISMISSED with prejudice. All pending motions are TERMINATED.

**IT IS SO ORDERED.**

THIS the 7th day of December, 2007.

                                                                         /s/ W. Allen Pepper, Jr.
                                                                         W. ALLEN PEPPER, JR.
                                                                         UNITED STATES DISTRICT JUDGE